IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 17-CR-2778 MCA |
| | ) | |
| KLAYTON WIMBERLY, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER GRANTING MOTION FOR PSYCHOLOGICAL EVALUATION AND FOR PAYMENT UNDER THE CRIMINAL JUSTICE ACT

THIS MATTER is before the Court on the Motion for Psychological Evaluation to determine competency to stand trial and for Payment under the Criminal Justice Act, and having read the motion and being otherwise fully advised in the premises, the Court finds that the Motion is well taken and should be GRANTED.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. Defendant Klayton Wimberly undergo a psychological evaluation to determine competency to stand trial.

2. The Competency Evaluation is to be conducted by Dr. Mercedes Marshalll, Ph.D.

3. The Court authorizes the Defendant to submit the expert invoice to the Court under the Criminal Justice Act.

_____
HON. CHRISTINA ARMIJO
Chief United States District Court Judge