FILED
United States District Court
Albuquerque, New Mexico

Mitchell R. Elfers
Clerk of Court

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

United States of America

v.

Klayton Wimberly
*Defendant*

Case No. 17CR2778JAP

## WAIVER OF PERSONAL PRESENCE AT HEARING

I, **Klayton Wimberly**, Defendant, understand that I am scheduled for a **Initial Appearance on Revocation Proceeding** hearing on **May 21, 2021**.
*nature of hearing*     *date*

I understand that I may appear by video for this proceeding. I hereby ask to be permitted to appear for the hearing by video, and waive my right to be personally present for this hearing.

Date: May 21, 2021

_X_____
*Defendant's signature*

_Todd J. Bullion_
*Signature of defendant's attorney*

Todd J. Bullion
*Printed name of defendant's attorney*

todd@bullionlaw.com
*Defendant's attorney's e-mail address*