*Rev. November 10, 2015*

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW MEXICO
# FINAL REVOCATION MINUTE SHEET
# BEFORE THE HONORABLE JUDITH C. HERRERA

| | | | |
|---|---|---|---|
| CR No: | 17-2778 JCH | USA vs. | Wimberly |
| Date: | 9/14/21 | Defendant: | Klayton Wimberly |
| Time In/Out: | 9:39 – 10:02 | Total Time in Court: | 23 minutes |
| Clerk: | E. Romero | Court Reporter: | Paul Baca |
| AUSA: | Paul Mysliwiec | Defendant's Counsel: | Todd Bullion |
| Sentencing in: | Albuquerque | Probation Officer: | C. Duarte |
| Interpreter: | n/a | Interpreter Sworn? | ☐ Yes  ☐ No |

☒ Court advises Defendant of rights, charges & penalties
☒ Defendant ADMITS violation(s): MC - failed to refrain from possession of a controlled substance; MC - failed to refrain from use of a controlled substance; SPC - failed to refrain from use/possession of alcohol;
☒ Violation report received      ☒ Supervision Revoked
☐ Petition Held in Abeyance for

## SENTENCE IMPOSED

| **IMPRISONMENT (BOP):** | 6 months | | |
|---|---|---|---|
| **SUPERVISED RELEASE:** | Not reimposed | ☐ | Choose an item. |

## SPECIAL CONDITIONS OF SUPERVISION

| | | | |
|---|---|---|---|
| ☐ | Participate in/successfully complete Choose an item. substance abuse treatment program & grant waiver of confidentiality | ☐ | Submit to substance abuse testing; Testing not to exceed 60 tests per year. |
| ☐ | Submit to search of person/property | ☐ | Refrain from use/possession of alcohol/intoxicants; Testing not to exceed 4 tests per day. |
| ☐ | Not knowingly purchase, possess, distribute, administer, use any psychoactive substances | ☐ | Must not possess, sell, offer for sale, etc. any drug paraphernalia |
| ☐ | Participate in mental health treatment program and grant waiver of confidentiality | ☐ | Must take all mental health medications as prescribed |

## OTHER

| | | | |
|---|---|---|---|
| ☒ | Advised of Right to Appeal | ☒ | Held in Custody |
| ☒ | Dismissed Violations: | MC – You must not commit another federal, state or local crime. | |

## PROCEEDINGS

Court in session – parties state appearances; Mr. Bullion addresses Court re: posture of violations and proposed resolution; Mr. Mysliwiec responds; Officer Duarte responds; Court willing to proceed on Grade C violation; Court outlines violations for defendant; Mr. Bullion addresses Court re: sentencing; Defendant addresses Court; Mr. Mysliwiec responds; Officer Duarte responds; Court addresses Defendant and imposes sentence; Parties have nothing to add.